# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

134449-50 & (51)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRAD WILLIAMS,
      Plaintiff-Appellee,

v

                                      SC: 134449-50
                                      COA: 265901, 269022

BOLDON'S BODY SHOP, L.L.C.,
      Defendant-Appellant.
                                      Lenawee CC: 04-041484-CZ

_____/

      On order of the Court, the application for leave to appeal the June 5, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED as moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

_____
Clerk

t1213